No. 10–5165.  SPARKS v. CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.

No. 10–5208.  MARSHALL v. BEARD, SECRETARY, PENNSYLVANIA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 10–5371.  BROWN v. UNITED STATES.  Ct. App. D. C.  Certiorari denied.

No. 10–5490.  MERCHANT v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 10–5512.  JONES v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 10–5859.  TURNER v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 10–5923.  ALSTON v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 10–6015.  JOELSON v. DEPARTMENT OF JUSTICE ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 10–6185.  HICKS v. LINGLE.  C. A. 5th Cir.  Certiorari denied.

No. 10–6208.  STONE v. ELOHIM, INC.  Ct. Civ. App. Okla.  Certiorari denied.

No. 10–6268.  TALADA v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 10–6499.  ELEY v. HOUK, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 10–6595.  FOSTER v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 10–6844.  ALLEN v. BRITTON, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT HOUTZDALE, ET AL.  C. A. 3d Cir.  Certiorari denied.